IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW YORK LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.                                        Civ. No. 17-621 KG/KK

ROGER SAUL, ROSEANNE SILVA, and
ESTATE OF JAMES SILVA, deceased,

    Defendants

AND                                      Consolidated with

ROGER SAUL and ROSANNE SILVA,

    Plaintiffs,

v.                                          Civ. No. 18-411 KG/KK

NEW YORK LIFE INSURANCE
COMPANY,

    Defendant.

<u>ORDER REMANDING CIV. NO. 18-411 KG/KK</u>

Having granted Roger Saul's "Plaintiffs [sic] Response and Objection to 'Removal' (From Metropolitan Court T-4-CV-2018-005720)" (Doc. 7), filed in Civ. No. 18-411 KG/KK, by entering a Memorandum Opinion and Order contemporaneously with this Order Remanding Civ. No. 18-411 KG/KK,

IT IS ORDERED that Civ. No. 18-411 KG/KK is remanded to Metropolitan Court, County of Bernalillo, State of New Mexico.

                                                                                  _____
                                                                            UNITED STATES DISTRICT JUDGE